UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO D. MURRAY MCIVER,<br><br>                Plaintiff,<br><br>-against-<br><br>HHA OF WESTCHESTER; SPOA FOR ADULTS; CHOICE OF WHITE PLAINS; DEBBIE ROTHENBURG; KARLA JACKSON; DARBY PIERRE; JENNIFER ALVES,<br><br>                Defendants. | 25 CIVIL 0362 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 28, 2025 , order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 5, 2025
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge